IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA

Case No. 8:18-cv-02010-JSM-JSS

**SHARON ACREE,** individually, and on behalf of all others similarly situated,

    *Plaintiff*,

v.

**EF EDUCATION FIRST, INC.,** a California corporation, and **GO AHEAD VACATIONS, INC.**, a Massachusetts corporation,

    *Defendants*.

## JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Sharon Acree and Defendants EF Education First, Inc. and Go Ahead Vacations, Inc. stipulate to the dismissal of this action in its entirety, with each party to bear its own attorneys' fees and costs.

    */s/*Avi R. Kaufman
    Avi R. Kaufman (Florida Bar no. 84382)
    kaufman@kaufmanpa.com
    KAUFMAN P.A.
    400 NW 26th Street
    Miami, Florida 33127
    Telephone: (305) 469-5881

    Stefan Coleman (Florida Bar no. 30188)
    law@stefancoleman.com
    LAW OFFICES OF STEFAN COLEMAN, P.A.
    201 S. Biscayne Blvd, 28th Floor
    Miami, Florida 33131
    Telephone: (877) 333-9427
    Facsimile: (888) 498-8946

    *Attorneys for Plaintiff and the putative Classes*

        s/  Fredrick H.L. McClure
Fredrick H.L. McClure
Florida Bar No. 147354
J. Trumon Phillips
Florida Bar No. 0084568
DLA PIPER LLP (US)
3111 W. Dr. Martin Luther King Jr. Blvd.
Suite 300
Tampa, Florida  33607-6233
Phone:  813-222-5908
Fax:  813-229-1447
Email:  fredrick.mcclure@dlapiper.com
       trumon.phillips@dlapiper.com
       sheila.hall@dlapiper.com
*Attorneys for Defendants*
*EF Education First, Inc. and*
*Go Ahead Vacations, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 21, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

       */s/ Avi R. Kaufman*